Buildings of the City of New York, Appellant; PERSHING SQUARE BUILDING CORPORATION, Intervenor, Respondent.— Appeal dismissed, with ten dollars costs and disbursements. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THOMAS B. MCGOVERN, JR., Respondent, v. BANQUE FRANCAISE AND ITALIENNE POUR L'AMERIQUE DU SUD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ABRAHAM GOLDEN and Others, Copartners, etc., Appellants, v. MAX LANDAU and Another, Copartners, etc., Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANNIE M. HUMPHREY, Respondent, v. RALPH B. DRAKE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANNIE M. HUMPHREY, Respondent, v. RALPH B. DRAKE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

BENJAMIN R. KITTREDGE, Respondent, v. WILLIAM C. LANGLEY, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Franklin* v. *Leiter* (149 App. Div. 678). Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ANNA MERVEN CARRERE and Another, as Executors, etc., of MARION DELL CARRERE, Deceased, Respondents, v. FORREST KALDENBERG and Others, Appellants, Impleaded with MAMIE BOYCE and Others.— Orders reversed, with ten dollars costs and disbursements, and motions denied, with ten dollars costs, on the authority of *Buckley* v. *Beaver* (99 Misc. Rep. 643; affd., 182 App. Div. 888). Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

IRVING NATIONAL BANK, Respondent, v. WEINMAN ELASTIC WEB Co., INC., and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAMUEL MODDER.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SCIPIO GREEN.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. PATRICK ROWEN.— Motion to dismiss appeal granted, unless the record on appeal be filed on or before the 1st day of March, 1922. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. STEPHEN SAZZUK.— Motion to dismiss appeal granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.